FORM 1.  Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a UNITED STATES DISTRICT COURT

Form 1
Rev. 03/16

## United States District Court

for the

District of __CALIFORNIA__

__UNITED STATES CENTRAL__

__IRA PAZANDEH__, Plaintiff,

v.                                  Case No. __8:16-cv-01849__

__YAMAHA CORPORATION OF America__, Defendant.

## NOTICE OF APPEAL

Notice is hereby given that __IRA PAZANDEH__ (name all parties * taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit __FINAL JUDGMENT__ (from the final judgment) ((from an order) (describe the order)) entered in this action on __11/17/2017__

_____
(Signature of appellant or attorney)

IRA PAZANDEH 325 N. KIRSCHNER LANE PLACNTIA CA 92870

EMAIL: IRAPAZANDEH@GMAIL.COM

(Address of appellant or attorney and e-mail address)

[Reset Fields]

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.